IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA                )
                                        )
VS.                                     )    CASE NO. 3:05-CR-240-P
                                        )
ALLIANCE PHARMACY SERVICES INC.(20)     )
AMS PHARMACEUTICALS GROUP INC.(21)      )
CARRINGTON HEALTH CARE SYSTEM INC.(22)  )
DALAMAR SERVICES INC. (23)              )
EAST POINTE PHARMACY SERVICES INC. (24) )
EVEREST SERVICES INC. (25)              )
INFINITI SERVICES GROUP INC. (26)       )
MED-CARE INFUSION SERVICES INC. (27)    )
NATIONAL EXECUTIVE MANAGEMENT           )
INC. (28)                               )
ORION PHARMACY SERVICES INC. (29)       )
PRECISION PHARMACY SERVICES INC. (30)   )
PREMIUM PHARMACY SERVICES INC. (31)     )
QUANTUM INFUSION INC. (32)              )
RELIANCE PHARMACEUTICAL INC. (33)       )
SOUTHWEST INFUSION INC. (34)            )
SWS PHARMACY SERVICES INC. (35)         )
TEXAS HOME INFUSION LLC (36)            )
TRI-PHASIC PHARMACY INC. (37)           )
TRINITY INFUSION SERVICES INC. (38)     )
TRINITY PHARMACY SERVICES INC. (39)     )

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

RAKESH JYOTI SARAN, Alter Ego, for ALLIANCE PHARMACY SERVICES INC, AMS

PHARMACEUTICALS GROUP INC., CARRINGTON HEALTH CARE SYSTEM INC.,

DALAMAR SERVICES INC., EAST POINTE PHARMACY SERVICES INC., EVEREST

SERVICES INC., INFINITI SERVICES GROUP INC., MED-CARE INFUSION SERVICES INC.,

NATIONAL EXECUTIVE MANAGEMENT, INC., ORION PHARMACY SERVICES INC.,

PRECISION PHARMACY SERVICES INC., PREMIUM PHARMACY SERVICES INC., QUANTUM INFUSION INC., RELIANCE PHARMACEUTICAL INC., SOUTHWEST INFUSION INC., SWS PHARMACY SERVICES INC., TEXAS HOME INFUSION LLC, TRI-PHASIC PHARMACY INC., TRINITY INFUSION SERVICES INC., and TRINITY PHARMACY SERVICES INC., by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining RAKESH JYOTI SARAN, Alter Ego, for ALLIANCE PHARMACY SERVICES INC, AMS PHARMACEUTICALS GROUP INC., CARRINGTON HEALTH CARE SYSTEM INC., DALAMAR SERVICES INC., EAST POINTE PHARMACY SERVICES INC., EVEREST SERVICES INC., INFINITI SERVICES GROUP INC., MED-CARE INFUSION SERVICES INC., NATIONAL EXECUTIVE MANAGEMENT, INC., ORION PHARMACY SERVICES INC., PRECISION PHARMACY SERVICES INC., PREMIUM PHARMACY SERVICES INC., QUANTUM INFUSION INC., RELIANCE PHARMACEUTICAL INC., SOUTHWEST INFUSION INC., SWS PHARMACY SERVICES INC., TEXAS HOME INFUSION LLC, TRI-PHASIC PHARMACY INC., TRINITY INFUSION SERVICES INC., and TRINITY PHARMACY SERVICES INC. under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that ALLIANCE PHARMACY SERVICES INC, AMS PHARMACEUTICALS GROUP INC., CARRINGTON HEALTH CARE SYSTEM INC., DALAMAR SERVICES INC., EAST POINTE PHARMACY SERVICES INC., EVEREST SERVICES INC., INFINITI SERVICES GROUP INC., MED-CARE

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY - PAGE 2

INFUSION SERVICES INC., NATIONAL EXECUTIVE MANAGEMENT, INC., ORION PHARMACY SERVICES INC., PRECISION PHARMACY SERVICES INC., PREMIUM PHARMACY SERVICES INC., QUANTUM INFUSION INC., RELIANCE PHARMACEUTICAL INC., SOUTHWEST INFUSION INC., SWS PHARMACY SERVICES INC., TEXAS HOME INFUSION LLC, TRI-PHASIC PHARMACY INC., TRINITY INFUSION SERVICES INC., and TRINITY PHARMACY SERVICES INC. be adjudged guilty and have sentence imposed accordingly.

Date:   November 14, 2006.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY - PAGE 3