IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARRINGTON HEALTHCARE SYSTEM, INC., DALAMAR SERVICES, INC., EAST POINTE PHARMACY SERVICES, INC., EVEREST SERVICES, INC., INFINITI SERVICES GROUP, INC., MED-CARE INFUSION SERVICES, INC., NATIONAL EXECUTIVE MANAGEMENT, INC., ORION PHARMACY SERVICES, INC., PRECISION PHARMACY SERVICES, INC., QUANTUM INFUSION, INC., PREMIUM PHARMACY SERVICES, INC., RELIANCE PHARMACEUTICAL, INC., SOUTHWEST INFUSION, INC., SWS PHARMACY SERVICES, INC., TEXAS HOME INFUSION, L.L.C., TRI-PHASIC PHARMACY, INC., TRINITY INFUSION SERVICES, INC., AND TRINITY PHARMACY SERVICES, INC. | No. 3:05-CR-240-P (22-39) |

## ORDER

This matter has come before the court on the petition of the United States for remission of the unpaid portion of the criminal fines owed by the defendants listed above in accordance with the provisions of 18 U.S.C. § 3573. The court finds it has jurisdiction over the subject matter and the parties, and there is good cause for the relief sought.

IT IS HEREBY ORDERED that the unpaid portion of the criminal fines imposed

Order – Page 1

against each of the following defendants in this case is remitted: Carrington Health Care System, Inc.; Dalamar Services, Inc.; East Pointe Pharmacy Services, Inc.; Everest Services, Inc.; Infiniti Services Group, Inc.; Med-Care Infusion Services, Inc.; National Executive Management, Inc.; Orion Pharmacy Services, Inc.; Precision Pharmacy Services, Inc.; Premium Pharmacy Services, Inc.; Quantum Infusion, Inc.; Reliance Pharmaceutical, Inc.; Southwest Infusion, Inc.; SWS Pharmacy Services, Inc.; Texas Home Infusion, L.L.C.; Tri-Phasic Pharmacy, Inc.; Trinity Infusion Services, Inc.; and Trinity Pharmacy Services, Inc.

**IT IS SO ORDERED.**

Signed April __17__, 2016.


JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

Order – Page 2